M. P. No. 76-441. THE NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioners to file an amended petition for writ of certiorari is granted. The petitioner's motion to substitute Edward F. Burke in his capacity as administrator of the Division of Public Utilities and Carriers, and the Division of Public Utilities and Carriers is granted. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman, Samuel Huntington,* of counsel, for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Dennis J. Roberts II,* for Rhode Island Consumers' Council.

M. P. No. 76-443. THE NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner to substitute Edward F. Burke in his capacity as administrator of the Division of Public Utilities and Carriers, and the Division of Public Utilities and Carriers is granted. Motion to file an alternative petition for a writ of certiorari is granted and the writ shall issue forthwith. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman, Samuel Huntington,* of counsel, for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Dennis J. Roberts II,* for Rhode Island Consumers' Council.

M. P. No. 76-449. THE NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner to amend and file an alternative petition for a writ of certiorari is granted and the writ shall issue forthwith. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman, Samuel Huntington,* of counsel, for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Dennis J. Roberts II,* for Rhode Island Consumers' Council.

M. P. No. 77-29. LEWIS B. BISCHOFF *et al. v.* DEEB G. SARKAS *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Case is consolidated with the case of